# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA — ORLANDO DIVISION**

**JERVON MARVIN BROWN JR.,**
1820 Inkwood Ct
Orlando, FL 32818
Email: jervonbrownjr7@gmail.com

Phone: 407-283-0430
Plaintiff,

v.

**UNKNOWN FEDERAL AGENCIES, UNKNOWN FEDERAL AGENTS, AND UNKNOWN INDIVIDUALS ACTING UNDER COLOR OF LAW,**
Defendants.

Case No.: _____

---

## **CIVIL RIGHTS COMPLAINT**

(42 U.S.C. § 1983 / Bivens Action)**

Plaintiff, **Jervon Marvin Brown Jr.**, files this Complaint and states:

---

# 1. PARTIES

1. Plaintiff is an adult resident of Orlando, Florida.

2. Defendants are unknown agencies, contractors, officers, and/or individuals acting under federal or state authority whose identities are presently unknown.

# 2. JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. §1331 (federal question), §1343 (civil rights), and the U.S. Constitution.

4. Venue is proper because the events described occurred in Orlando, Florida.

# 3. FACTUAL ALLEGATIONS

5. Since approximately 2022, Plaintiff has experienced a continuous pattern of stalking, harassment, intimidation, and technological interference.

6. Plaintiff has **body-camera recordings, videos, Wi-Fi logs, incident journals, and timestamps** documenting these events.

## A. Harassment and Stalking by Sheriff Personnel

7. Plaintiff has recorded multiple incidents involving the **Orange County Sheriff's Office**, including:

    a. marked and unmarked sheriff vehicles following Plaintiff during daily travel;
    b. **video of sheriff personnel following Plaintiff in an Uber**;
    c. a sheriff **helicopter tracking Plaintiff's location** for extended periods;
    d. repeated **noise campaigns**, including emergency sirens and coordinated loud disturbances occurring at unusual or targeted times.

8. Plaintiff alleges that this conduct created fear, intimidation, and disruption of daily life.

## B. Unauthorized Access and Technological Interference

9. Plaintiff has experienced repeated interference with his electronic devices, including:

    a. sudden disabling of his phone at critical moments;
    b. inability to record at public meetings due to unexplained disruptions;
    c. Wi-Fi logs showing **unknown devices accessing or attempting to access his home network** during periods of sheriff or government activity near his home;
    d. unexplained malfunctions of his body camera, laptop, and communications devices.

10. Plaintiff believes these actions constitute **unlawful surveillance and interference**.

---

## C. Retaliation Linked to Plaintiff's Public Advocacy

11. Plaintiff regularly attends **Orlando City Council meetings** to advocate for neuro-rights, targeted-individual protections, and transparency regarding advanced weapon technologies.

12. Plaintiff alleges that harassment intensifies around:

a. scheduled council speeches;
b. attempts to post educational videos on social platforms;
c. attempts to record government interactions;
d. attempts to file motions or legal documents.

13. Plaintiff has experienced platform suppression, account restrictions, and targeted blacklisting on TikTok, YouTube, and other platforms shortly after discussing neuro-rights or targeted-individual issues.

---

## D. Physical and Emotional Impact

14. Plaintiff has experienced:

- chronic anxiety and distress;

- sleep disruption;

- physical symptoms consistent with technological interference;

- fear for his safety;

- disruption of daily functioning.

15. Plaintiff submits that the cumulative impact of these actions reflects **surveillance, retaliation, intimidation, and interference** conducted without lawful cause or consent.

# 4. LEGAL CLAIMS

## COUNT I – FOURTH AMENDMENT

(Unreasonable Search, Seizure, and Surveillance)

16. Plaintiff realleges paragraphs 1–15.

17. Plaintiff alleges warrantless monitoring, tracking, and interference with private communications and electronic devices.

18. If proven, such conduct violates Plaintiff's Fourth Amendment rights.

## COUNT II – FOURTEENTH AMENDMENT

(Deprivation of Liberty and Bodily Autonomy)

19. Plaintiff realleges paragraphs 1–18.

20. Plaintiff alleges interference with bodily integrity, physical safety, and personal autonomy.

21. If proven, this constitutes a violation of due process and liberty interests.

## COUNT III – FIRST AMENDMENT RETALIATION

22. Plaintiff realleges paragraphs 1–21.

23. Plaintiff engaged in protected speech, including speaking at city council meetings and posting educational content online.

24. Plaintiff alleges that harassment, suppression, and interference occurred as retaliation.

25. If proven, this violates the First Amendment.

# 5. RELIEF REQUESTED

Plaintiff respectfully requests:

a. A court-ordered **independent investigation** into the surveillance, stalking, harassment, and technological interference described.
b. **Injunctive relief** prohibiting further monitoring, interference, retaliation, or harassment.
c. **Disclosure** of any government involvement related to Plaintiff's experiences.
d. **Declaratory judgment** affirming Plaintiff's constitutional rights.
e. Any additional relief the Court deems just and proper.

# 6. JURY DEMAND

Plaintiff requests a jury trial on all issues so triable.

# Respectfully submitted,

**Jervon Marvin Brown Jr.**
1820 Inkwood Ct
Orlando, FL 32818
Email: jervonbrownjr7@gmail.com

Phone: 407-283-0430